**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

        **Plaintiff,**                              **Civil Action No. 5:25-cv-147**

**v.**                                           **Judge John Preston Bailey**

**CREDIT ACCEPTANCE CORPORATION,**

        **Defendants,**

**and**

**CREDIT ACCEPTANCE CORPORATION,**

        **Third-Party Plaintiff,**

**v.**

**EDWIN LINARES RIVERA,**

        **Third-Party Defendant.**

### <u>NOTICE OF MEDIATION</u>

PLEASE TAKE NOTICE that mediation in the above-styled action will take place before Edd McDevitt, Esquire, on **June 18, 2026, beginning at 10:00 a.m**., to be conducted in person and/or virtually at the offices of Spilman Thomas & Battle, PLLC, 300 Kanawha Boulevard, East, Charleston, West Virginia 25301.

                                  **CREDIT ACCEPTANCE CORPORATION,**

                                  **By Counsel,**

/s/ *Nicholas P. Mooney II*           
Nicholas P. Mooney II (WV State Bar $7204)
Taiesha K. Morgan (WV State Bar #14872)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25321-0273
304.340.3800; 304.340.3801 (*facsimile*)
nmooney@spilmanlaw.com
tmorgan@spilmanlaw.com
***Counsel for Defendant Credit Acceptance
Corporation***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT WHEELING

EDWARD NESTOR,

      **Plaintiff,**                                    **Civil Action No. 5:25-cv-147**

**v.**                                                    **Judge John Preston Bailey**

CREDIT ACCEPTANCE CORPORATION,

      **Defendants,**

**and**

CREDIT ACCEPTANCE CORPORATION,

      **Third-Party Plaintiff,**

**v.**

EDWIN LINARES RIVERA,

      **Third-Party Defendant.**

### CERTIFICATE OF SERVE

I, Nicholas P. Mooney II, counsel for defendant Credit Acceptance Corporation, do hereby certify that on this June 9, 2026, I filed ***Notice of Mediation***, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony J. Majestro, Esq.
Graham B. Platz, Esq.
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301

Leonard A. Bennett, Esq.
Mark C. Leffler, Esq.
Craig C. Marchiando, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
***Counsel for Plaintiff Edward Nestor***

Abel Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York City, NY 10005

2

A copy of ***Notice of Mediation*** has been mailed to the following:

Edwin A. Linares Rivera
14725 Pan Am Avenue
Chantilly, VA 20151-3963

*/s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV State Bar $7204)

3