**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

EDWARD NESTOR,

      **Plaintiff,**

v.                                        **Civil Action No. 5:25-cv-147**

                                                  **Judge John Preston Bailey**

EQUIFAX INFORMATION SERVICE LLC
and CREDIT ACCEPTANCE CORPORATION,

      **Defendants,**

**and**

CREDIT ACCEPTANCE CORPORATION,

      **Third-Party Plaintiff,**

v.

EDWIN LINARES RIVERA,

      **Third-Party Defendant.**

## CREDIT ACCEPTANCE CORPORATION'S MOTION FOR DEFAULT JUDGMENT

Defendant and Third-Party Plaintiff Credit Acceptance Corporation ("Credit Acceptance"), by counsel, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, moves for default judgment against Third-Party Defendant Edwin Linares Rivera ("Mr. Rivera"). In support of its Motion, Credit Acceptance incorporates the accompanying Memorandum of Law and the following exhibits:

- Affidavit of Taiesha K. Morgan – Exhibit A

- Summons and Proof of Service – Exhibit A-1

- Virginia Department of Corrections Internet Search – Exhibit A-2

- Federal Bureau of Prison's "Find an Inmate" Internet Search – Exhibit A-3

- LexisNexis' Accurint Report – Exhibit A-4

**WHEREFORE**, Credit Acceptance respectfully requests the Court enter judgment in the in favor of Credit Acceptance and against Mr. Rivera for the indemnification of Credit Acceptance by Mr. Rivera, damages incurred in defending those causes of action, and contribution of those damages from Mr. Rivera if liability arises from those causes of action, along with such other relief as the Court deems appropriate.

Respectfully Submitted,

**CREDIT ACCEPTANCE CORPORATION**


*/s/ Taiesha K. Morgan*
Nicholas P. Mooney II (WV State Bar #7204)
Taiesha K. Morgan (WV State Bar #14872)
Spilman, Thomas & Battle, PLLC
300 Kanawha Blvd., East
Charleston, West Virginia 25301
Telephone: 304-340-3800
nmooney@spilmanlaw.com
tmorgan@spilmanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

     **Plaintiff,**

**v.**                                         **Civil Action No. 5:25-cv-147**
                                            **Judge John Preston Bailey**

**EQUIFAX INFORMATION SERVICE LLC
and CREDIT ACCEPTANCE CORPORATION,**

     **Defendants,**

**and**

**CREDIT ACCEPTANCE CORPORATION,**

     **Third-Party Plaintiff,**

**v.**

**EDWIN LINARES RIVERA,**

     **Third-Party Defendant.**

## <u>CERTIFICATE OF SERVICE</u>

I, Taiesha K. Morgan, counsel for defendant Credit Acceptance Corporation, do hereby certify that on this June 9, 2026, I filed ***Motion for Entry of Default,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony J. Majestro, Esq.
Graham B. Platz, Esq.
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301

Leonard A. Bennett, Esq.
Mark C. Leffler, Esq.
Craig C. Marchiando, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
***Counsel for Plaintiff Edward Nestor***

Abel Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York City, NY 10005

A copy of ***Motion for Entry of Default*** has been mailed to the following:

Edwin A. Linares Rivera
14725 Pan Am Avenue
Chantilly, VA 20151-3963

*/s/ Taiesha K. Morgan*
Taiesha K. Morgan (WV State Bar #14872)