**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**EDWARD NESTOR,**

      Plaintiff,

      v.

**CREDIT ACCEPTANCE CORPORATION,**

      Defendant.

and

**CREDIT ACCEPTANCE CORPORATION,**

      Third-Party Plaintiff,

      v.

**EDWIN LINARES RIVERA,**

      Third-Party Defendant.

**CIV. ACT. NO. 5:25-CV-147**
Judge Bailey

## ORDER

Pending before this Court is defendant/third-party plaintiff Credit Acceptance Corporation's Motion for Default Judgment [Doc. 61], filed June 9, 2026. Therein, defendant/third-party plaintiff Credit Acceptance Corporation ("CAC") moves for default judgment against third-party defendant Edwin Linares Rivera pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. *See* [Doc. 61 at 1–2].

Rule 55 creates a two-step process for entry of default judgment. First, the non-defaulting party must move for entry of default under Rule 55(a).

*See* Fed. R. Civ. P. 55(a). The Clerk's interlocutory entry of default pursuant to Rule 55 "provides notice to the defaulting party prior to the entry of default judgment by the court." ***Hummel v. Hall***, 868 F.Supp.2d 543, 547 (W.D. Va. 2012) [(Moon, J.)] (citing ***Carbon Fuel Co. v. USX Corp.***, 153 F.3d 719, at *2 (4th Cir. 1998) (unpublished)).

Once the Clerk has entered default, the non-defaulting party may then move for entry of default judgment under Rule 55(b).

***Shelton v. Marshall***, 724 F.Supp.3d 532, 540 (W.D. Va. 2024) (Urbanski, C.J.).

Pursuant to the representations within the Motion and supporting Memorandum [Doc. 61-1], it is apparent CAC is entitled to a default judgment against third-party defendant Edwin Linares Rivera. As such, CAC's Motion [**Doc. 61**] is **GRANTED**. The Clerk is **DIRECTED** to **ENTER DEFAULT JUDGMENT ON LIABILITY** against third-party defendant Edwin Linares Rivera on CAC's claim for indemnification against him. The amount of damages CAC is entitled to shall be determined at a hearing to be set upon notice from CAC that it is able to compute the amount of damages it claims against third-party defendant Edwin Linares Rivera. CAC is **ORDERED** to provide a copy of this Order to third-party defendant Edwin Linares Rivera, and to file proof of the same on the docket.

It is so **ORDERED**.

The Clerk is directed to forward a copy of this Order to all counsel of record herein and is further directed to mail a copy to any *pro se* parties herein.

**DATED**: June 10, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE