AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern  District of  West Virginia

| | |
|---|---|
| Edward Nestor | |
| *Plaintiff* | Civil Action No.    5:25-cv-147 |
| v. | |
| Credit Acceptance Coporation | |
| Defendant | |
| | |
| AND | |
| | |
| Credit Acceptance Corporation | |
| Third-Party Plaintiff | |
| | |
| v. | |
| | |
| Edwin Linares Rivera | |
| Third-Party | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒   other:   Default Judgment on Liability is entered against defendant Edwin Linares Rivera on CAC's claim for indemnification.

                                                                                                                      .

This action was *(check one)*:

☐   decided by Judge     John Preston Bailey

Date:            6/10/2026                                    *CLERK OF COURT*


                                                          /s/ L.M. Murphy

                                              *Signature of Clerk or Deputy Clerk*