**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

|  |  |
|---|---|
| **Plaintiff,** | **Civil Action No. 5:25-cv-147** |
| **v.** | **Judge John Preston Bailey** |

**EQUIFAX INFORMATION SERVICES LLC
and CREDIT ACCEPTANCE CORPORATION,**

   **Defendants.**

## CERTIFICATE OF SERVICE

I, Nicholas P. Mooney II, counsel for defendant Credit Acceptance Corporation, do hereby certify that on June 17, 2026, I filed this **Credit Acceptance Corporation's First Supplemental Answers to Plaintiff's First Set of Interrogatories**, with the Clerk of the Court using the CM/ECF system, and that a copy of this document has been served via email and mail upon the following:

| | |
|---|---|
| Anthony J. Majestro, Esq. | Leonard A. Bennett, Esq. |
| Graham B. Platz, Esq. | Mark C. Leffler, Esq. |
| POWELL & MAJESTRO, PLLC | Craig C. Marchiando, Esq. |
| 405 Capitol Street, Suite 807 | CONSUMER LITIGATION ASSOCIATES, P.C. |
| Charleston, WV 25301 | 763 J. Clyde Morris Blvd., Suite 1-A |
| | Newport News, VA 23601 |

*Counsel for Plaintiff Edward Nestor*

Vincent M. Roskovensky (WV Bar No. 10160)
Clark Hill, PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
*Counsel for Defendant Equifax Information Services LLC*

       */s/ Nicholas P. Mooney II*
       Nicholas P. Mooney II (WV Bar No. 7204)