**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

|  |  |
|---|---|
| **Plaintiff,** | **Civil Action No. 5:25-cv-147** |
| **v.** | **Judge John Preston Bailey** |

**CREDIT ACCEPTANCE CORPORATION,**

       **Defendant,**
**and**

**CREDIT ACCEPTANCE CORPORATION,**

       **Third-Party Plaintiff,**

**v.**

**EDWIN LINARES RIVERA,**

       **Third-Party Defendant.**

**CREDIT ACCEPTANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Defendant and Third-Party Plaintiff Credit Acceptance Corporation ("Credit Acceptance"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to grant it summary judgment on the claims asserted against it by plaintiff Edward Nestor ("Plaintiff") for the reasons set forth in the accompanying Memorandum of Law and the exhibits attached hereto.[1]

---

[1] The exhibits contain personal financial information of Mr. Rivera. Credit Acceptance has not yet obtained leave of Court to file those exhibits under seal. Accordingly, it is filing a redacted copy of those exhibits and providing Plaintiff an unredacted copy of those exhibits. Credit Acceptance will file a motion to file unredacted copies of those exhibits under seal.

1

WHEREFORE, Credit Acceptance respectfully requests that the Court grant summary judgment in its favor on all claims asserted against it by Plaintiff and also grant it such other relief as the Court deems appropriate.

**CREDIT ACCEPTANCE CORPORATION**

*/s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV State Bar #7204)
Taiesha K. Morgan (WV State Bar #14872)
Spilman, Thomas & Battle, PLLC
300 Kanawha Blvd., East
Charleston, West Virginia 25301
Telephone: 304-340-3800
nmooney@spilmanlaw.com
tmorgan@spilmanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

        **Plaintiff,**                                        **Civil Action No. 5:25-cv-147**

**v.**                                                               **Judge John Preston Bailey**

**CREDIT ACCEPTANCE CORPORATION,**

        **Defendant,**

**and**

**CREDIT ACCEPTANCE CORPORATION,**

        **Third-Party Plaintiff,**

**v.**

**EDWIN LINARES RIVERA,**

        **Third-Party Defendant.**

## <u>CERTIFICATE OF SERVE</u>

I, Nicholas P. Mooney II, counsel for defendant Credit Acceptance Corporation, do hereby certify that on this June 17, 2026, I filed ***Credit Acceptance Corporation's Motion for Summary Judgment,*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anthony J. Majestro, Esq.
Graham B. Platz, Esq.
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301

Leonard A. Bennett, Esq.
Mark C. Leffler, Esq.
Craig C. Marchiando, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
***Counsel for Plaintiff Edward Nestor***

Abel Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York City, NY 10005

3

*/s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV State Bar $7204)