**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**EDWARD NESTOR,**

      **Plaintiff,**

**v.**                                                                    **CIV. ACT. NO. 5:25-CV-147-JPB**
                                                                         **Judge Bailey**
**EQUIFAX INFORMATION SERVICES LLC,**
**and CREDIT ACCEPTANCE CORPORATION,**

      **Defendants.**

**and**

**CREDIT ACCEPTANCE CORPORATION,**

      **Third-Party Plaintiff,**

**v.**

**EDWIN LINARES RIVERA,**

      **Third-Party Defendant.**

                                              /

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, true and correct copies of (1) Plaintiff's Privilege

Log was forwarded by electronic transmission to the following counsel of record:

Spilman Thomas & Battle PLLC
Nicholas P. Mooney II, Esq.
Taiesha K. Morgan, Esq. a
PO Box 273
Charleston, WV 25321
Tel: (304) 340-3800
Email: nmooney@spilmanlaw.com
Email: tmorgan@spilmanlaw.com
 *Attorneys for Defendant Credit Acceptance Corporation*


Edward Lineras Rivera

3

14726 Pan Am Avenue
Chantilly, VA 20151
*Third-Party Defendant*

/s/ Anthony J. Majestro
**Powell & Majestro, PLLC**
Anthony J. Majestro, Esq. (WVSB 5165)
Graham B. Platz, Esq. (WVSB 14093)
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel: (304)346-2889
Email: amajestro@powellmajestro.com
Email: gplatz@powellmajestro.com

4