**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**EDWARD NESTOR,**

      **Plaintiff,**

**v.**                                  **Civil Action No. 5:25-cv-147
Judge John Preston Bailey**

**EQUIFAX INFORMATION SERVICES LLC
and CREDIT ACCEPTANCE CORPORATION,**

      **Defendants.**

**JOINT MOTION TO EXTEND THE DEPOSITION AND DISPOSITIVE MOTIONS
DEADLINES TO FACILITATE ADDITIONAL SETTLEMENT DISCUSSIONS**

Plaintiff Edward Nestor and defendant Credit Acceptance Corporation ("Credit Acceptance"), by their counsel, jointly request that the Court extend the discovery, dispositive motion response deadlines to facilitate additional settlement discussions[1] and additional discovery should this matter not settle. Defendant Equifax Information Services, LLC ("Equifax") previously was dismissed from this action. *See* ECF No. 36. Third-party defendant Edwin Linares Rivera has failed to appear and has defaulted. Thus, this motion is being presented by all remaining parties who have appeared in this action. In support of this motion, the Parties state as follows:

The Court's Amended Scheduling Order set a discovery deadline of June 17, 2026, a mediation deadline of May 15, 2026, and a dispositive motions deadline of June 17, 2026.

---

[1] The Parties mediated on June 18, 2026 with the assistance of Edd McDevitt. While those discussions did not result in a settlement, Mr. McDevitt continues to assist the Parties with their settlement discussions.

Responses to dispositive motions are due by July 8, 2026. Replies, if any are due July 22, 2026. *See* ECF No. 49.

The Parties have completed exchange of paper discovery. They also completed mediation which did not result in a resolution, yet the Parties continue to discuss settlement. The Parties also devoted significant time to prepare for and conduct the mediation in this case.

Despite best efforts, and due to scheduling conflicts involving the Parties and their Counsel and in light of the impending mediation, the Parties agreed to conduct depositions outside the Court-established deadline should the case not resolve at mediation. On reflection, however, the Parties believe it is appropriate to seek the Court's leave for those depositions to take place.

Accordingly, the Parties jointly request that the Court extend the deadline to take depositions to July 31, 2026. This extension request is made for the purposes of completing depositions only, as the Parties do not anticipate serving additional written discovery on one another.

Extending the deposition completion deadline to July 31, 2026 would necessitate a short extension of the deadlines for dispositive motions and other deadlines in this matter. The proposed additional new deadlines are as follows,

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Deadline to complete Fact Discovery | June 17, 2026 | July 31, 2026 (for the sole purpose of completing depositions.) |
| Plaintiff's deadline to Respond to Credit Acceptance's Motion for | July 8, 2026 | August 14, 2026 |

| Summary Judgment | | |
|---|---|---|
| Credit Acceptance's Deadline to reply to Plaintiff's response. | July 22, 2026 | August 27, 2026 |
| Fed. R. 26(a)(3) Disclosures | July 24, 2026 | September 24, 2026 |
|    a.   Objections | August 7, 2026 | October 7, 2026 |
| Voire Dire, Jury Instructions, and Verdict Form | August 4, 2026 | September 4, 2026 |
|    a.   Objections | August 18, 2026 | September 18, 2026 |
| Motions in Limine | August 4, 2026 | September 4, 2026 |
|    a.   Objections | August 18, 2026 | September 18, 2026 |
| Biographical Sketches | July 24, 2026 | August 24, 2026 |
| Joint Pretrial Order | August 21, 2026 | September 21, 2026 |
| Final Pretrial Conference | August 27, 2026 at 2pm in Wheeling, WV | September 28, 2026 |
| Jury Trial | September 15, 2026 at 9:00AM in Wheeling, WV | October 20, 2026 |

No party will be prejudiced by the Court granting this Motion. As noted above, Equifax has been dismissed from this action, this Court has already granted Defendant's motion for default judgment in this action, and Mr. Rivera, despite being served with Credit Acceptance's Third-Party Complaint, has chosen not to appear and defend this action. Neither Plaintiff nor Credit Acceptance will suffer prejudice from this Motion, as evidenced by it being filed jointly. This

3

Motion is not brought for reasons of delay or other improper purpose, and is intended solely for purposes of completing the discovery necessary to brief Credit Acceptance's Motion for Summary Judgment.

WHEREFORE, the parties jointly request that the Court extend the discovery deadline for the sole purposes of completing depositions and extend dispositive motion deadlines and other deadlines as described herein.  The parties further respectfully request that the Court grant them such other relief as the Court deems appropriate.

Respectfully submitted,

**PLAINTIFF EDWARD NESTOR**

**By Counsel:**

/s/ *Graham B. Platz*
Anthony J. Majestro (WVSB 5165)
Graham B. Platz (WVSB 14093)
Powell & Majestro, PLLC
405 Capital Street, Suite 807
Charleston, WV 25301
304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
gplazt@powellmajestro.com

Leonard Anthony Bennett (*pro hac vice*)
Mark Clifton Leffler (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
lenbennett@clalegal.com
mark@clalegal.com
craig@clalegal.com

4

Abel L. Pierre (*pro hac vice*)
Law Office of Abel L. Pierre, PC
165 Broadway, 23rd Floor
New York City, NY 10006
212-766-3323
Email: abel@apierrelaw.com

**CREDIT ACCEPTANCE CORPORATION**

**By Counsel:**

 */s/ Nicholas P. Mooney II*
Nicholas P. Mooney II (WV Bar No. 7204)
Taiesha K. Morgan (WV Bar No. 14872)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, E. (25301)
P. O. Box 273
Charleston, WV  25321
304.340.3800; 304.340.3801 (*facsimile*)
nmooney@spilmanlaw.com
tmorgan@spilmanlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 8, 2026, I filed the **JOINT MOTION TO EXTEND THE DEPOSITION AND DISPOSITIVE MOTIONS DEADLINES TO FACILITATE ADDITIONAL SETTLEMENT DISCUSSIONS** with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

/s/ *Graham B. Platz*
Graham B. Platz (WVSB 14093)

6