IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

EDWARD NESTOR,

        Plaintiff,

    v.                                  **CIV. ACT. NO. 5:25-CV-147**
                                                                Judge Bailey

CREDIT ACCEPTANCE CORPORATION,

        Defendant.

and

CREDIT ACCEPTANCE CORPORATION,

        Third-Party Plaintiff,

    v.

EDWIN LINARES RIVERA,

        Third-Party Defendant.

## ORDER

Pending before this Court is a Joint Motion to Extend the Deposition and Dispositive Motions Deadlines to Facilitate Additional Settlement Discussions [Doc. 69], filed July 8, 2026. Therein, plaintiff and defendant/third-party plaintiff Credit Acceptance Corporation request this Court to extend every remaining deadline and continue the trial and pretrial conference in this case, despite the title of the Motion only referencing extensions of the deposition and dispositive motions deadlines. [Doc. 69 at 2–3].

While the title of the Motion certainly obfuscates the nature of the requested relief, the Motion [**Doc. 48**] is **GRANTED IN PART**.  The following deadlines are **EXTENDED** as provided herein:

Discovery Deadline (for purposes of completing depositions): **July 31, 2026**

Responses to Dispositive Motions: **August 7, 2026**

Replies in Support of Dispositive Motions: **August 17, 2026**

All other deadlines set forth in the August 18, 2025 Scheduling Order [Doc. 21] are unchanged, as well as the trial and pretrial conference dates.  All deadlines remain subject to the definitions set forth in the August 18, 2025 Scheduling Order [Doc. 21].

It is so **ORDERED**.

The Clerk is directed to forward a copy of this Order to all counsel of record herein.

**DATED**: July 9, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2