**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING**

EDWARD NESTOR,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES,
LLC, and CREDIT ACCEPTANCE
CORPORATION,

        Defendant.

Case No. 5:25-cv-00147-JPB

## STIPULATION FOR ENTRY OF PERMISSIBLE PURPOSE ORDER

Plaintiff Edward Nestor, by Counsel, and Defendants Equifax Information Services, LLC[1] and Credit Acceptance Corporation, also by Counsel, hereby stipulate as follows:

1. Discovery in this matter may require Equifax to produce information that could be governed by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681–1681x.

2. The FCRA restricts the dissemination of information it governs, unless specific pre-dissemination requirements are met.

3. One such requirement is that there be a permissible purpose for such dissemination. 15 U.S.C. § 1681b(a).

4. Among the several purposes which would permit Equifax to provide FCRA-governed information is "[i]n response to the order of a court having jurisdiction to issue such an order."

---

[1] Plaintiff's claims against Defendant, Equifax, have been dismissed from this suit, with prejudice [*See* Dkt. 36].

5.    To facilitate the exchange of information in this matter and to comply with the

requirements of Section 1681b(a), the Parties hereby stipulate to the entry of an order stating:

> Pursuant to 15 U.S.C. § 1681b(a)(1), Equifax Information Services LLC may disclose to the Parties herein any credit file or other historical record as contains Plaintiff's name, or iteration thereof, and/or other personal identifiable information (address, date of birth, social security number) with personal identifiable information (name, address, date of birth, social security number) that does not pertain to him.

Dated: July 9, 2026

/s/ Graham B. Platz
Anthony J. Majestro (WVSB 5165)
Graham B. Platz (WVSB 14093)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301
304-346-2889
Fax: 304-346-2895
Email: amajestro@powellmajestro.com
Email: gplatz@powellmajestro.com

Leonard A. Bennett (pro hac vice)
Craig C. Marchiando (pro hac vice)
Mark C. Leffler (pro hac vice)
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: mark@clalegal.com

Abel L. Pierre (*pro hac vice*)
Law Office of Abel L. Pierre, PC
165 Broadway, 23rd Floor
New York City, NY 10006
212-766-3323
Email: abel@apierrelaw.com

**Counsel for Plaintiff Edward Nestor**

/s/ Nicholas P. Mooney II
Nicholas P. Mooney II (WV Bar No. 7204)
Taiesha K. Morgan (WV Bar No. 14872)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, E. (25301)
P. O. Box 273
Charleston, WV  25321
304.340.3800; 304.340.3801 (*facsimile*)
nmooney@spilmanlaw.com
tmorgan@spilmanlaw.com

**Counsel for Defendant Credit Acceptance Corporation**

/s/ Vincent M. Roskovensky
Vincent M. Roskovensky
Clark Hill Plc
One Oxford Centre, 14th Floor
301 Grant Street
Pittsburgh, PA 15219
412-394-7716
Fax: 412-394-2555
Email: vroskovensky@clarkhill.com

**Counsel for Defendant Equifax Information Services, LLC**

2

## CERTIFICATE OF SERVICE

I certify that on July 9, 2026, I filed the **STIPULATION FOR ENTRY OF PERMISSIBLE PURPOSE ORDER** with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

/s/ *Graham B. Platz*
Graham B. Platz (WVSB 14093)

3